## 9267.  FITZGERALD v. BROWN, sheriff, et al.

LUKE, J.   1. The alleged statement of facts not being set out in the bill of exceptions, or attached thereto as an exhibit and properly identified by the trial judge, or contained in a brief of evidence approved by him and made a part of the record, what purports to be an agreed statement of facts, sent up as a part of the record, but not approved by the trial judge and ordered filed as such, can not be considered by this court.  See *Robinson* v. *Woodward*, 134 *Ga.* 777 (68 S. E. 553); *Blackman* v. *Garrett*, 135 *Ga.* 226 (69 S. E. 110); *Roberts* v. *Cairo*, 133 *Ga.* 642 (66 S. E. 938); *Silvey* v. *Brown*, 137 *Ga.* 104 (72 S. E. 907).

2. Section 3 of the act of 1911 (Ga. L. 1911, p. 149) is by its terms applicable exclusively to motions for a new trial, and is not applicable to this case, wherein there was no motion for a new trial.

*Judgment affirmed.   Wade, C. J., and Jenkins, J., concur.*

DECIDED MARCH 14, 1918.

Money rule; from Fayette superior court—Judge Searcy. September 17, 1917.

*W. B. Hollingsworth,* for plaintiff in error.

*J. W. Culpepper,* contra.

---

## 9281.  BURKHALTER v. PARTIN et al.

The charge of the court was full and fair, the evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

DECIDED MARCH 14, 1918.

Action upon bond; from Toombs superior court—Judge Hardeman.   September 25, 1917.

*E. J. Giles, W. T. Burkhalter,* for plaintiff.

*I. H. Corbitt, J. J. Williams,* for defendants.

LUKE, J.   Burkhalter sued the sheriff and the surety on his bond, alleging·wilful refusal of the sheriff to levy a certain fi. fa. as directed by him, which resulted in the loss of the money due on the fi. fa.  A verdict was returned in favor of the defendants.  A motion for a new trial was made, on the general grounds, and on the grounds that the court failed to charge fully the contention of the plaintiff, and that the jury ignored the charge of the court.

The charge of the court was full and fair: the evidence authorized the verdict, and for none of the reasons assigned was it error to overrule the motion for a new trial.

*Judgment affirmed.   Wade, C. J., and Jenkins, J., concur.*